**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TINA J. CARSON,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 21-0219-KD-MU** |
| **EEOC OF MOBILE,** | |
| **Defendant.** | |

**ENTRY OF APPEARANCE ON BEHALF OF**
**DEFENDANT EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Assistant United States Attorney Keith A. Jones hereby enters his appearance as lead counsel on behalf of Defendant, Equal Employment Opportunity Commission, in the above-styled case.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Keith A. Jones*
    Keith A. Jones
    Assistant United States Attorney
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 415-7206
    Email: keith.jones2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record, and was sent by United States Postal Service to the following:

Tina J. Carson
957 Baltimore Street
Mobile, Alabama 36605

<u>/s/ *Keith A. Jones*</u>
Keith A. Jones
Assistant U.S. Attorney