# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TINA J. CARSON,**<br>    **Plaintiff,** | )<br>)<br>) |
| **v.** | )<br>)<br>)   CIVIL ACTION 1:21-00219-KD-MU |
| **EEOC OF MOBILE,**<br>    **Defendant.** | )<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 3, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's motion to dismiss is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** without prejudice for insufficient process and insufficient service of process.

**DONE** and **ORDERED** this the **7th** day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**